IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>XANTHE LAM, ALLEN LAM, JOHN CHAN, and JAMES QUACH,<br><br>　　Defendants.<br>_____ / | No. CR 18-00527 WHA<br><br>**NOTICE RE RECEIPT<br>OF JUNE 6 LETTER** |

　　The Court has received a letter from attorneys representing defendants Xanthe Lam, Allen Lam, John Chan and James Quach in this matter. For completeness of the record, that letter is included below.

Dated: June 12, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE