AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

Count One - 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(A) – Computer Fraud and Abuse

Forfeiture allegation

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Count One - 1 year imprisonment, $100,000 fine, 1 year of supervised release, $25 special assessment, restitution, forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ JAMES QUACH

DISTRICT COURT NUMBER
CR 18-0527-04 WHA

*[FILED stamp: 2020 JAN 10 A 10:57, SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, N. DIST. OF CA.]*

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): S. Armbrust/K. Waldinger

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
2020 JAN 10 A 10: 51
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES QUACH, ) <br> ) <br> Defendant. ) | CASE NO. 18-CR-0527-04 WHA <br><br> VIOLATION: 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(A) – Computer Fraud and Abuse (misdemeanor); 18 U.S.C. § 1030 – Criminal Forfeiture. <br><br> SAN FRANCISCO VENUE |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

On or about July 9, 2017, in the Northern District of California and elsewhere, the defendant,

JAMES QUACH,

intentionally accessed a computer without authorization and obtained information from a computer that was used in and affected interstate and foreign commerce and communication, in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(A), a misdemeanor.

**FORFEITURE ALLEGATION**

As a result of conviction of this Information, the defendant,

JAMES QUACH,

shall forfeit to the United States of America:

/ / /

SUPERSEDING INFORMATION [QUACH]
18-CR-0527-04 WHA

(1) pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1030(i), any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; and

(2) pursuant to 18 U.S.C. § 1030(i), any personal property that was used or intended to be used to commit or to facilitate the commission of such offense.

If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2323(b).

All pursuant to 18 U.S.C. §§ 853, 982, 1030, 2323, and Fed. R. Crim. P. 32.2.

DATED: January 10, 2020

DAVID L. ANDERSON
United States Attorney

SHEILA A.G. ARMBRUST
KYLE F. WALDINGER
Assistant United States Attorneys