UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 28, 2020  **Time in Court:** 28 minutes  **Judge:** WILLIAM ALSUP

**Case No.:** 18-cr-00527-WHA-4  **Case Name:** USA v. James Quach

**Attorney for United States of America:** Kyle Waldinger, Sheila Armbrust
**Attorney for Defendant:** Julia Jane, Ashley Riser

**Defendant:** [x] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [ ] In Custody   [x] Not In Custody

**Deputy Clerk:** Theresa Hoang         **Court Reporter:** Marla Knox
**Interpreter:** n/a                    **Probation Officer:** Monica Romero

### PROCEEDINGS

Telephonic Sentencing – HELD

### RESULT OF HEARING

Defendant is sentenced to probation for a term of 9 months. A special assessment fee of $25 and a fine of $2,000 is imposed. See Judgment for special conditions.

Government moves to dismiss Counts 28-36 of Indictment as to James Quach – GRANTED.
[132] MOTION for Forfeiture of Property – GRANTED